IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  4:01-CR-00142-JLH

JASON JERREL AUSLER

## ORDER

For the same reasons set out in the Court's June 26, 2012 Order,[1] which was affirmed by the Court of Appeals for the Eighth Circuit,[2] and because the FSA does not apply to this case,[3] Defendant's Motion for a Sentence Reduction Under 18 U.S.C. § 3582(c)(2) Pursuant to the Retroactive Guidelines Amendment 750 and the Fair Sentencing Act of 2010 (Doc. No. 230) is DENIED.

IT IS SO ORDERED this 17 day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 217 ("With respect to the issues of Amendments 706 and 750, Ausler is not entitled to relief because his sentence was not based on the drug quantity table but rather on the fact that he was a career offender.").

[2] Doc. No. 226.

[3] *United States v. Orr*, 636 F.3d 944, 958 (8th Cir. 2011) (holding that the FSA was not retroactive and did not apply to a defendant who was sentenced before it became effective).