# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

v.            No. 4:01CR00142 JLH

JASON JERREL AUSLER            DEFENDANT

## ORDER

Jason Jerrel Ausler's motion for reconsideration of the denial of his motion for sentence reduction under 18 U.S.C. § 3582(c)(2) is DENIED. Document #233.

IT IS SO ORDERED this 31st day of January, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE